UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD JUNIOR COUSINO,

       Plaintiff,　　　　　　　　　　Case No. 1:23–cv–01174–JTN–PJG

v.　　　　　　　　　　　　　　　　Hon. Janet T. Neff

CALHOUN, COUNTY OF, et al.,

       Defendants.
_____/

### NOTICE OF RECEIPT OF CASE

      NOTICE is hereby given that this case has been received, and filed in this court on November 3, 2023.  It has been assigned the case number and judge set forth above.

　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:  November 7, 2023　　　By:  /s/ S. Kivela_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk