Name: _Leonard Junior Cousino_

Address: _13450 West Michigan Avenue_

_Marshall, MI 49068_

Phone Number: _(269) 967-7010_        E-mail Address: _partsman91race@comcast.net_

FILED - KZ
November 21. 2023 11:12 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_   Scanned by _MW_ _11/21/23_

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

_Leonard Junior Cousino_

PLAINTIFF(S)

v.

_COUNTY OF CALHOUN, et al._

DEFENDANT(S)

CASE NUMBER: _1; 23-CV-1174_

**PRO SE APPLICATION FOR
ELECTRONIC FILING AND SERVICE**

As the (Plaintiff/Defendant) _Plaintiff_ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) and electronic service in this case. I hereby affirm that:

1. I have reviewed Western District of Michigan Local Civil Rule 5.7 and the instructions available at the Pro Se E-Filing web page located on the Court's website.
2. I understand that if my application is approved, I hereby consent to receive electronic service of all electronically filed documents, and waive the right to receive documents in paper form. This means I will receive all documents by e-mail in this case and not by U.S. mail.
3. I understand that if my use of the Case Management/Electronic Filing (CM/ECF) system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file and serve documents in paper.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I consent to Federal Rule of Civil Procedure 11 sanctions for any misconduct or misuse of electronic filing.
6. I have obtained a Public Access to Court Electronic Records (PACER) account.
7. I have regular access to the technical requirements necessary to successfully e-file:
   *Check all that apply*:

   ☑ A computer with Internet access.

   ☑ An e-mail account to receive notifications from the Court and notices from the e-filing system, that I am able to access on a daily basis.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only format in which documents can be e-filed.

_All Rights Reserved_

Date: _November 15, 2023_        Signature: _Leonard Junior Cousino_

Leonard Junior Cousino
1250 West Michigan Avenue
Marshall, MI   49068

Retail

UNITED STATES
POSTAL SERVICE

49068

RDC 99

US POSTAGE PAID
FCM LG ENV
MARSHALL, MI 49068
NOV 15, 2023

$1.83

R2304E106931-4

Clerk
Western District of Michigan
107 Federal Building
410 West Michigan Avenue
Kalamazoo, MI
49007