FILED - KZ
November 21, 2023 11:17 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg  Scanned by /11/21/23

UNITED STATES OF AMERICA
DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF MICHIGAN

Leonard Junior Cousino, a Natural Person,

        Plaintiff,

vs.

Case No. 1:23-cv-1174

COUNTY OF CALHOUN, a public body corporate; STEVEN HINCKLEY*, an individual; JOHN PIGNATARO*, an individual; KATHERINE K. M. AMBROSE (P63149)*, an individual, as individuals and state actors operating under color of law;

        Defendants

Notice of Request for E-filing
Privileges by Affidavit

_____/

Notice of Request for E-filing
Privileges by Affidavit

I, Affiant/Plaintiff and Natural Person Leonard Junior Cousino (hereafter, "Plaintiff") do declare and aver that the following statements are true and correct:

Now comes Plaintiff Leonard J. Cousino (hereafter, "Plaintiff") before this court to request permission to electronically file ("e-file") his pleadings in the instant matter, pursuant to FRCP rules 7, 8, 9, 65, 81, 82, and LCivR 7, 7.1, 7.1(e), and 7.2; among others, for the following reasons:

Statement of Facts

1. That under Administrative Order No. 17-RL-135, amendments to Local Civil Rules 5.7(d)(i) and (ii) and 5.7(i) governing electronic filing service were amended to provide an opportunity for a pro se (non-prisoner) party to electronically file and receive electronic service, following the Pro Se E-Filing and Service Protocol.

2. That Plaintiff has to make a 75-mile round trip to personally file his paperwork in the Kalamazoo Clerk's office.

3. That Plaintiff not being able to e-file puts him at a significant logistical disadvantage in Plaintiff's ability to promptly litigate, and creates an "uneven playing field" that gives advantage to Defendants.

4. That, notwithstanding his *pro se* status, Plaintiff has not abused Rule 11 mandates and has submitted meritorious pleadings.

5. That providing Plaintiff the ability to e-file would eliminate potential contentions from Defendants about the sufficiency of service.

6. That using the postal service to litigate puts an unnecessary delay in Plaintiff's ability to file or timely respond to pleadings and orders.

7. That Plaintiff also provides a signed copy of the "Pro Se Application for Electronic Filing and Service" form issued by the Western District website.

8. That Plaintiff had previously been granted the e-filing privilege in case 1:21-cv-679 (W.D. Mich.).

### Request for Relief

In consideration of the statement of facts and references of law set forth above, Affiant/Plaintiff and Natural Person Leonard Junior Cousino does request the following relief:

1. That Plaintiff be allowed to file his pleadings electronically in the instant action as provided by Administrative Order No. 17-RL-135, amendments to Local Civil Rules 5.7(d)(i) and (ii) and 5.7(i);

2. That the court provide any other additional relief as is deemed appropriate.

I, Plaintiff and Natural Person Leonard Junior Cousino, further say nothing.

All Rights Reserved,

11-15-2023

Leonard Junior Cousino
13450 West Michigan Avenue
Marshall, Michigan

### Self-Verification

I, Affiant/Plaintiff and Natural Person Leonard Junior Cousino, do attest and affirm that the averments and statements in the above "Notice of Request for E-filing Privileges by Affidavit" are true and correct, under penalty of perjury.

All Rights Reserved,

11-15-2023

Leonard Junior Cousino
13450 West Michigan Avenue
Marshall, Michigan

Leonard Junior [illegible]
12150 West Michigan Avenue
Marshall, MI 49068

Clerk
Western District of Michigan
107 Federal Building
410 West Michigan Avenue
Kalamazoo, MI ~~[illegible]~~
49007

U.S. POSTAGE PAID
FCM LG ENV
MARSHALL, MI 49068
NOV 15, 2023
$1.83
R2304E106931-4