UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LEONARD JUNIOR COUSINO,

    Plaintiff,

v.                                            Hon. Janet T. Neff

CALHOUN, COUNTY OF, et al.,         Case No. 1:23-cv-01174-JTN-PJG

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION AND APPLICATION
FOR LEAVE TO FILE & RECEIVE SERVICE ELECTRONICALLY**

    Pro se Plaintiff, Leonard Junior Cousino, has filed a Motion for Leave to File and Receive Service Electronically, pursuant to W.D.Mich. LCivR 5.7 and Administrative Order 17-RL-135 (ECF No. 5), and has completed and filed a Pro Se Application for Electronic Filing and Service (ECF No. 5) on the form specified by the Clerk of this Court.

    Plaintiff Leonard Junior Cousino meets all of the technical requirements necessary to successfully e-file, and the Court concludes that granting Plaintiff's request will further the "just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

Accordingly, Plaintiff's Motion for Leave to File and Receive Service Electronically (ECF No. 5) is **GRANTED**.

Date: November 22, 2023          /s/ Phillip J. Green
                                 PHILLIP J. GREEN
                                 United States Magistrate Judge