UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD COUSINO,

    Plaintiff,

v.

CALHOUN COUNTY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1174

HON. JANET T. NEFF

## ORDER

    Plaintiff Leonard Cousino filed this complaint on November 3, 2023 (ECF No. 1). On July 9, 2024, the Magistrate Judge issued a Report and Recommendation (ECF No. 13), recommending that Plaintiff's motions for default judgment be denied because Plaintiff did not properly serve Defendants. On August 7, 2024, the Court adopted the Report and Recommendation (ECF No. 15) and ordered Plaintiff to show cause why this case should not be dismissed (ECF No. 16). In response to the show cause order, Plaintiff continues to make the same arguments that this Court previously rejected (ECF No. 17). He blames the Magistrate Judge and Defendants for the delay. He also asserts that he properly served Defendants and asks the Court to enter summary judgment in his favor.

    Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). The Court must extend the time period if the plaintiff shows good cause. *Id.*

Here, Plaintiff has not shown good cause to extend the time period to serve Defendants. Plaintiff's response to the show cause order establishes that he is unwilling to accept that he did not properly serve Defendants. The Court has already ruled otherwise. The Court, therefore, will dismiss the action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE per Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: August 27, 2024

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge