UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD COUSINO,

    Plaintiff,

v.

    Case No. 1:23-cv-1174

    HON. JANET T. NEFF

CALHOUN COUNTY, et al.,

    Defendants.
    _____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE per Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: August 27, 2024

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge